UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNDRA PETRICE HOPKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:25-cv-01371 CKD<br><br><br><br>ORDER |

　　　Plaintiff is proceeding through counsel. Plaintiff has filed an in forma pauperis affidavit in which she states that her monthly income is approximately $3,600.

　　　Pursuant to federal statute, a filing fee of $355.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).

　　　In her application, plaintiff lists no dependents. Her annual income is approximately $43,200. According to the January 2024 federal poverty guidelines issued by the U.S. Department of Health and Human Services (HHS), a person with a yearly income of $43,200 is at nearly 300% of the poverty rate. Plaintiff's income shows that plaintiff is able to pay the filing

1  fee and costs.  Thus, plaintiff has made an inadequate showing of indigence.  See <u>Alexander v.
2  Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939
3  F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).

4      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma
5  pauperis (ECF No. 2) is denied.  Plaintiff is granted fourteen days in which to submit the
6  appropriate fees to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the filing and
7  general administrative fees in the amount of $405 will result in a recommendation that the instant
8  action be dismissed without prejudice.

9  Dated:  May 28, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15  2 / hopk1371.ifp.den

2