ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNDRA P. HOPKINS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Case No.: 2:25-cv-01371-CKD<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

    On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; develop the record as necessary; and issue a new decision.  The parties further request that the Clerk of

Stip. For Voluntary Remand;  Case 2:25-cv-01371-CKD    1

the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATE: August 29, 2025                   /s/ Paul Sachelari  *
                                        PAUL SACHELARI
                                        Attorney for Plaintiff
                                        (* approved via email on 8/27/25)

                                        ERIC GRANT
                                        United States Attorney

DATE: August 29, 2025        By         s/ Marcelo Illarmo
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated:  September 3, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE